Revised 10/01 WDNY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____,

Plaintiff, AINSWORTH MORRIS PRO. SE

-v-

18-CV-384

_____,

Defendant. GAMING COMMISSION

**Application For Order Directing Service by U.S. Marshal**

I _Ainsworth Morris_, plaintiff in the above entitled action, hereby request an order of the court directing the U.S. Marshals Service for the Western District of New York, pursuant to Fed.R.Civ.P. 4(c)(3), to serve the summons and complaint in this action. I am requesting such an order because **[state reason(s) why assistance of Marshals Service is necessary to serve your summons and summons and complaint]**:

_____

_____

_____

_____.

_Ainsworth Morris_
Signature of Plaintiff

Date: 27/3/2018

*FILED MAR 27 2018 — MARY C. LOEWENGUTH, CLERK, U.S. DISTRICT COURT, WESTERN DISTRICT OF NY*